# <u>CERTIFICATE OF SERVICE</u>

I, Ira J Metrick, certify that, on the date set forth below, a true copy of the Motion to Approve Attorney Fees Pursuant to Rule 68(a) of the Federal Rules Of Civil Procedure was served on the following by priority mail, postage pre-paid or, for those who have agreed to receive service electronically under the Court's local rules and CM/ECF program, by electronic transmission:

McCabe, Weisberg & Conway            *Counsel for Defendants*
Joseph F Riga, Esquire
123 South Broad Street, Suite 1400
Philadelphia, PA 19109

Dated:  December 13, 2018            Respectfully submitted,
Ira J Metrick, Attorney at Law, LLC
57 W Main Street
Freehold, NJ 07728
732-863-1660

By:  */s/Ira J Metrick*
Ira J Metrick (NJ#010331994)
ira@metrickesq.com

Counsel for Plaintiff