## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DINA FLORY,<br><br>     Plaintiff,<br><br>v.<br><br>·FIRST ATLANTIC FEDERAL CREDIT UNION, et al.,<br><br>     Defendants. | DOCKET NO.<br><br>18-cv-15522-AET-TJB<br><br>*Civil Action*<br><br><br>**WARRANT TO**<br>**SATISFY JUDGMENT** |

**WHEREAS,** a judgment was entered in the above-captioned action on or about October 10, 2019 in favor of Plaintiff, Dina Flory ("Plaintiff"), and against Defendants, First Atlantic Federal Credit Union and McCabe, Weisberg, and Conway, LLC (collectively, "Defendants"), in the amount of $5,276.70 plus interest and costs and said judgment with interest and costs thereon having been fully paid, under Judgment/Docket number CV-015522-2018.

**THEREFORE,** full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make entry of the full and complete satisfaction on the docket of said judgment satisfaction of judgment.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are intentionally false, I am subject to punishment.

              _____
              Ira J. Metrick, Esq.

Dated: June 14, 2021